■ In the Matter of STANLEY R. ROOT, an Attorney — Motion to stay suspension denied. Concur — Murphy, P. J., Carro, Markewich, Silverman and Bloom, JJ.